# United States District Court

DISTRICT OF ARIZONA

United States of America

v.

Reyanna Harvey and
Philbert Begay

Defendant(s)

CRIMINAL COMPLAINT

CASE NUMBER: REDACTED

10-04307M-PCT-MEA

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about September 2, 2010, from Red Valley, Arizona, to Ft. Defiance, Arizona, in the District of Arizona, and within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, Reyanna Harvey (an adult Indian female), and Philbert Begay (an adult Indian male), under circumstances other than those likely to cause death or serious bodily injury, did knowingly cause the health of John Doe #1 (an eight month old Indian male), a child who was under their care, custody and control, to be injured or placed in situation in which the health of John Doe #1 was endangered.

In violation of Title 18, United States Code, Sections 2, 7, 13, 1153 and Arizona Revised Statutes Section 13-3623 (A)(3).

### Count 2

On or about September 3, 2010, in Flagstaff, Arizona, in the District of Arizona, in a matter within the jurisdiction of the United States Federal Bureau of Investigation, the defendant, Reyanna Harvey, did knowingly and willfully make a false statement to Federal Bureau of Investigation Special Agent Cheryn A Priestino by falsely stating that on September 1, 2010, Reyanna Harvey and her family went to dinner at Burger King and then went to a movie in Cortez, Arizona, and stopped at the Ute Mountain Casino for just a few minutes when in truth and in fact Reyanna Harvey knew well that on September 1, 2010, Reyanna Harvey and her family only went to the Ute Mountain Casino in Towaoc, Colorado, where they stayed in or around the casino from 9:00 pm to sometime after 1:00 am on September 2, 2010.

In violation of Title 18, United States Code, Section 1001.

### Count 3

On or about September 3, 2010, in Flagstaff, Arizona, in the District of Arizona, in a matter within the jurisdiction of the United States Federal Bureau of Investigation, the defendant, Philbert Begay, did knowingly and willfully make a false statement to Federal Bureau of Investigation Special Agent Cheryn A Priestino by falsely stating that on September 1, 2010, Philbert Begay and his family went to dinner at Burger King and then went to a movie in Cortez, Arizona, and stopped at the Ute Mountain Casino for just a few minutes when in truth and in fact Philbert Begay knew well that on September 1, 2010, Philbert Begay and his family only went to the Ute Mountain Casino in Towaoc, Colorado, where they stayed in or around the casino from 9:00 pm to sometime after 1:00 am on September 2, 2010.

In violation of Title 18, United States Code, Section 1001.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

Continued on the attached sheet and made a part hereof:  __X__ Yes  ____ No

AUTHORIZED BY: Assistant United States Attorney **Camille Bibles**

**John W. Anderson, Special Agent, FBI**
Complainant's Name & Title

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____November 5, 2010_____at      _____Flagstaff, Arizona_____
Date                                                                                  City and State

_____Mark E. Aspey_____         _____
United States Magistrate Judge                          Signature of Judicial Officer

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**AFFIDAVIT**

Your affiant, John W. Anderson, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for approximately five years, and as such is vested with the authority to investigate violations of Federal laws, including Title 18, United States Code. Your affiant is currently assigned to the Phoenix Division of the FBI, Gallup, New Mexico Resident Agency and has primary investigative responsibilities for crimes occurring in Indian Country, specifically on the Navajo Nation Indian Reservation, within the District of Arizona.

The statements contained in this affidavit are based on information derived from reports and interviews of the law enforcement officers and witnesses named herein. Because this affidavit is made for the limited purpose of establishing probable cause, your affiant has not listed each and every fact known to him concerning this investigation.

Further, your affiant states as follows:

1) On September 3, 2010, the FBI was contacted by Fort Defiance Indian Hospital about a possible case of child abuse. John Doe #1, an 8 month old Indian male, was being transferred to Flagstaff Medical Center, Flagstaff, Arizona, for additional tests. John Doe #1's injuries included bruises on both cheeks and forehead, a suspected bite mark on his shoulder, tenderness in his abdomen, increased liver enzymes, and abrasions inside his throat.

2) On September 3, 2010, FBI Special Agent Cheryn A Priestino arrived at the Flagstaff Medical Center and interviewed Reyanna Harvey, an adult Indian female, at approximately 5:15pm. Reyanna Harvey is the mother to John Doe #1. She is also the mother to John Doe #2, age five, Jane Doe #2, age three, and Jane Doe #1, age one and a

| | |
|---|---|
| 1 | half. Reyanna Harvey advised that on Wednesday, September 1, 2010, she and her |
| 2 | boyfriend Philbert Begay, along with her four children traveled to Cortez, Colorado for a |
| 3 | special treat. They left Lukachukai, Arizona at approximately 7:00pm. She stated that they |
| 4 | took the children to Burger King for dinner and then to a movie. Reyanna Harvey could not |
| 5 | remember what the movie was, but it was a kid's movie and it was not a cartoon. During |
| 6 | the drive home, Reyanna Harvey advised that she needed to use the restroom and so they |
| 7 | stopped at the Ute Mountain Casino in Towaoc, Colorado. She advised that she went inside |
| 8 | while Philbert Begay remained in the car with the children. After she used the restroom, |
| 9 | Reyanna Harvey stayed in the casino for about fifteen minutes and played the slots. When |
| 10 | she got back to the car, Philbert Begay told her that he had tried to change John Doe #1's |
| 11 | diaper and that he had dropped him onto the pavement. They then drove back to |
| 12 | Lukachukai, Arizona. Along the way, Reyanna Harvey noticed the bruises on John Doe #1 |
| 13 | and decided they needed to go to the hospital. They drove to Lukachukai, Arizona and |
| 14 | dropped off Jane Doe #1 at Philbert Begay's mother's residence and dropped off John Doe |
| 15 | #2 at the Lukachukai Community School. They then traveled to Fort Defiance Indian |
| 16 | Hospital with John Doe #1 and Jane Doe #2. |
| 17 |     3) On September 3, 2010, FBI Special Agent Cheryn A Priestino interviewed |
| 18 | Maria Helm, Registered Nurse, Flagstaff Medical Center. Maria Helm advised that John |
| 19 | Doe #1 had bruises on his forehead and both cheeks. There was a bruise on his shoulder |
| 20 | that looked like a bite mark and his abdomen was tender and bruised. He had increased |
| 21 | liver enzymes and abrasions inside his throat. These injuries did not appear to be consistent |
| 22 | with a drop to the pavement. |
| 23 |     4) On September 3, 2010, FBI Special Agent Cheryn A Priestino interviewed |
| 24 | Philbert Begay at Flagstaff Medical Center, at approximately 8:50pm. Philbert Begay |
| 25 | advised that on Wednesday, September 1, 2010, after he and Reyanna Harvey finished with |
| 26 | their classes for the day they decided to take the children to Cortez, Colorado. They went to |
| 27 | his mother's house in Lukachukai, Arizona, picked up the children and drove to Cortez, |
| 28 | Colorado. Once there, they took the children to Burger King and then went to a movie. It |

was a kid's movie, the kind with computer animation, but Philbert Begay could not remember the name or what it was about. After the movie, they began to drive back home. Along the way, Reyanna Harvey needed to use the restroom so they stopped at the Ute Mountain Casino in Towaoc, Colorado. Philbert Begay stayed in the car with the children. He knew Reyanna Harvey would probably play twenty dollars in the slot machines, so he parked the car. John Doe #1 needed a diaper change, so Philbert Begay got him out of the car and opened the trunk to find a diaper. While Philbert Begay was trying to find a diaper, John Doe #1 was fussy and when he kicked a little, he slipped out of Philbert Begay's hand. John Doe #1's face and shoulder hit the ground. When Reyanna Harvey came back out of the casino, Philbert Begay told her what happened and they left. They drove back to Lukachukai, Arizona where they dropped Jane Doe #1 off with his parents and took John Doe #2 to school. Then they took John Doe #1 to Fort Defiance Indian Hospital.

5) On September 4, 2010, FBI Special Agent Cheryn A Priestino interviewed Dan Aste, the Assistant Manager of Fiesta Theater in Cortez, Colorado. Dan Aste advised that the theater was showing Nanny McPhee at 9:40pm on Wednesday, September 1, 2010. He checked the records and found that only two people attended that show that evening. Since all individuals over the age of one must purchase a ticket, it is unlikely that a family of six saw that movie that night.

6) On September 4, 2010, FBI Special Agent Cheryn A Priestino interviewed Tina Duran, the Assistant Manager of Burger King in Cortez, Colorado. Tina Duran advised that she would review their security video for the night of Wednesday, September 1, 2010, for a family of six visiting the restaurant between 9:00pm and 10:00pm. Tina Duran later advised that she had found nothing on the video to indicate a family of six ate dinner at Burger King in Cortez on that date and time.

7) On September 4, 2010, FBI Special Agent Cheryn A Priestino visited the Ute Mountain Casino, Towaoc, Colorado, where she viewed surveillance footage of the casino on the night of Wednesday, September 1, 2010. The footage shows Reyanna Harvey exiting a vehicle in front of the casino at 9:11pm. The surveillance footage also shows two

separate occasions where Philbert Begay carries a child into the casino, while Reyanna is also in the casino. The footage shows a forty minute period of time when both Reyanna Harvey and Philbert Begay are sitting outside in the vehicle. And the footage shows that at approximately 1:04am, Reyanna Harvey was playing a slot machine with a child sitting on her lap and Philbert Begay was standing over her shoulder.

8) On September 4, 2010, FBI Special Agent Cheryn A Priestino interviewed Reyanna Harvey at the Flagstaff Medical Center at approximately 10:10pm. Reyanna Harvey was advised that it is a crime to lie to a Federal Investigator. Reyanna Harvey admitted that she lied during the first interview. She stated that on Wednesday, September 1, 2010, she and Philbert Begay took the four children and drove to Towaoc, Colorado, where she spent most of the night gambling in the Ute Mountain Casino. She stated that she did not know what happened to John Doe #1 because Philbert was with the children that night. When she was ready to leave it was early morning and Philbert told her that he had dropped John Doe #1. Reyanna Harvey advised that she lied because she was embarrassed about going to the casino. She stated that they went to the casino so they could win money to take the children to the Navajo Fair.

9) On September 4, 2010, FBI Special Agent Cheryn A Priestino interviewed Philbert Begay at the Flagstaff Medical Center, at approximately 10:45pm. Philbert Begay was advised that it is a crime to lie to a Federal Investigator. Philbert Begay admitted that he lied during the first interview. He stated that it was Reyanna Harvey's idea to make up the story about the movie in Cortez, Colorado. Philbert Begay advised that after he dropped off Reyanna Harvey at the Ute Mountain Casino in Towaoc, Colorado, he drove to a store and bought a pint of peppermint schnapps. During the course of the night, Philbert Begay drank the entire pint. He advised that he does not remember everything that happened that night, but that he must have hurt John Doe #1 while he was drunk. Philbert Begay advised that he does not remember the drive home because he was drunk.

10) On September 13, 2010, John Doe #2 was forensically interviewed by Carli Moncher at Safe Child Center, Flagstaff Medical Center, Flagstaff, Arizona. John Doe #2

4

advised that the movie the family saw that night was the movie Jason and that then they went to a casino. John Doe #2 advised that he saw Philbert drop John Doe #1.

11) On September 16, 2010, FBI Special Agent Cheryn A Priestino interviewed Reyanna Harvey at her residence in Tsaile, Arizona. Reyanna Harvey was advised that it is a crime to lie to a Federal Investigator. Reyanna Harvey admitted that she instructed John Doe #2 to lie to investigators. She also admitted that it was her idea to make up the story about the dinner and a movie in Cortez, Colorado. She further admitted that she lied when she said she went to the casino to win money to take the children to the fair. Reyanna Harvey advised that the injuries to John Doe #1 were caused by Philbert Begay and that he had been drinking that night. Reyanna Harvey advised that when they began the drive home from the casino, she knew Philbert Begay had been drinking but he drove home anyway while she slept. She woke up while they were in Shiprock, New Mexico to find that Philbert Begay had pulled over to sleep. She woke him up and told him to keep driving. Reyanna Harvey advised that when they got to Red Valley, Arizona, she first noticed the injuries to John Doe #1. She also saw a pint of liquor in the car and threw it out the window. From there, they drove to Philbert Begay's mother's house in Lukachukai, Arizona and dropped off Jane Doe #1. While they were there, Reyanna Harvey changed her clothes. Then, they drove John Doe #2 to Lukachukai Communitiy School, Lukachukai, Arizona. They stopped for gas and continued on towards Fort Defiance Indian Hospital, Fort Defiance, Arizona. Philbert Begay was still driving. Along the way to the hospital, they stopped once more to buy something to drink and Reyanna Harvey began to drive.

12) On October 6, 2010, FBI Special Agent Cheryn A Priestino interviewed Philbert Begay at the Gallup FBI Offices in Gallup, New Mexico. Philbert Begay was advised that it is a crime to lie to a Federal Investigator. Philbert Begay admitted that on the night that he and Reyanna Harvey went to the casino, he bought a pint of liquor after he dropped her off at the front of the casino. He drank the pint during the night while he was in the car with the four children. When it was time to drive home, Philbert Begay told

Reyanna Harvey that he was too drunk to drive, but she told him that she was tired and that he needed to drive.

13) Your affiant knows that the closest Indian Hospital to Red Valley, Arizona is located in Shiprock, New Mexico, approximately 30 miles away. The Fort Defiance Indian Hospital is approximately 80 miles from Red Valley, Arizona. Your affiant also knows that the closest Indian Health Center to Lukachukai, Arizona is the Tsaile Health Clinic, approximately 13 miles away, and the closest Indian Hospital is located in Chinle, Arizona, approximately 35 miles away. The Fort Defiance Indian Hospital is approximately 60 miles from Lukachukai, Arizona.

Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that on or about Thursday, September 2, 2010, from Red Valley, Arizona to Fort Defiance, Arizona, in the District of Arizona, and within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, Reyanna Harvey (an adult Indian female) and Philbert Begay (an adult Indian male), under circumstances other than those likely to cause death or serious bodily injury did knowingly cause the health of John Doe #1 (an eight month old Indian male), a child who was under their care, custody and control, to be injured or placed in a situation in which in the health of John Doe #1 was endangered, in violation of Title 18, United States Code, Sections 2, 7, 13, 1153, and Arizona Revised Statutes Section 13-3623(A)(3).

Your affiant submits that there is probable cause to believe that on or about Friday, September 3, 2010, in Flagstaff, Arizona, in the District of Arizona, in a matter within the jurisdiction of the United States Federal Bureau of Investigation, the defendant, Reyanna Harvey, did knowingly and willfully make a false statement to Federal Bureau of Investigation Special Agent Cheryn A Priestino by falsely stating that on September 1, 2010, Reyanna Harvey and her family went to dinner at Burger King and then went to a movie in Cortez, Colorado, and stopped at the Ute Mountain Casino for just a few minutes when in truth and in fact Reyanna Harvey knew well that on September 1, 2010, Reyanna Harvey

1 | and her family only went to the Ute Mountain Casino in Towaoc, Colorado, where they
2 | stayed in or around the casino from 9:00pm to sometime after 1:00am on September 2,
3 | 2010, in violation of Title 18, United States Code, Section 1001.
4 |     Your affiant submits there is probable cause to believe that on or about Friday,
5 | September 3, 2010, in Flagstaff, Arizona, in the District of Arizona, in a matter within the
6 | jurisdiction of the United States Federal Bureau of Investigation, the defendant, Philbert
7 | Begay, did knowingly and willfully make a false statement to Federal Bureau of
8 | Investigation Special Agent Cheryn A Priestino by falsely stating that on September 1, 2010,
9 | Philbert Begay and his family went to dinner at Burger King and then went to a movie in
10 | Cortez, Colorado, and stopped at the Ute Mountain Casino for just a few minutes when in
11 | truth and in fact Philbert Begay knew well that on September 1, 2010, Philbert Begay and
12 | his family only went to the Ute Mountain Casino in Towaoc, Colorado, where they stayed in
13 | or around the casino from 9:00pm to sometime after 1:00am on September 2, 2010, in
14 | violation of Title 18, United States Code, Section 1001.
15 |
16 |     Further your affiant saith not.
17 |     I declare under penalty of Perjury under the laws of the United States of America that
18 | the foregoing is true and correct.

_____
John W Anderson
**Special Agent**
**Federal Bureau of Investigation**

Subscribed and sworn to before me this __5TH__ day of November, 2010.

_____
Mark E. Aspey
**United States Magistrate Judge**

7